1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10   NANG CHAN, on behalf of himself, all        Case No. 2:23-cv-00650-AB (PLAx)
     others similarly situated, and on behalf
11   of the general public,
                                                 **[PROPOSED] ORDER GRANTING**
12                      Plaintiff,               **MOTION FOR PRELIMINARY**
                                                 **APPROVAL OF CLASS ACTION**
13        v.                                     **SETTLEMENT AND NOTICE**

14   ULTA INC., a Delaware corporation,

15                      Defendant.

16

17        Before the Court is Plaintiff's Motion for Preliminary Approval of Class Action

18   Settlement and Direction of Notice ("Motion," Dkt. Nos. 26, 30-1).[1] The Court finds

19   this matter appropriate for decision without oral argument and **VACATES** the hearing

20   set for May 31, 2024. *See* Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15. Upon review of the

21   Motion and all papers filed therewith, the Court **GRANTS** the Motion and

22   preliminarily approves the Settlement.

23                      **Preliminary Approval of the Settlement**

24        For purposes of this Order, the Court adopts all defined terms as set forth in the

25   parties' Joint Stipulation. Fed. R. Civ. P. 23(e) requires a two-step process in

26   _____

27   [1] On May 10, 2024, Plaintiff filed a Notice of Errata, submitting a revised Motion for
28   Preliminary Approval of Class Action Settlement. (Dkt. No. 30.)

                                            1

considering the approval of a class action settlement. In the preliminary approval process, the Court must determine whether the proposed settlement is within the range of what might be found fair, adequate and reasonable. *See Acosta v. Trans Union*, 243 F.R.D. 377, 386 (C.D. Cal. 2007). Factors considered include: the strength of Plaintiff's case; the risk, expense, complexity and likely duration of further litigation; the risk of maintaining class action status through trial; the amount offered in settlement; the extent of discovery completed and the stage of proceedings; and the experience and views of counsel. The Court's application of the above factors demonstrates that the Settlement has potential to be fair, adequate and reasonable.

The Court **ORDERS** as follows:

1.    The Settlement Agreement, and the obligations of the Parties as set forth therein, is fair, reasonable, and is an adequate settlement of this case and is in the best interests of the Class in light of the factual, legal, practical, and procedural considerations raised by this case.

2.    Plaintiff does not have any conflicts that would preclude him from serving as Class Representative, and his appointment comports with the requirements of due process.

3.    Class Counsel does not have any conflicts that would preclude it from acting as Class Counsel, and it meets the requirements of the Federal Rules of Civil Procedure for appointment as Class Counsel and the requirements of due process.

4.    The Notice of Class and Representative Action Settlement attached as Exhibit C to the Settlement Agreement complies with due process because the Notice of Class and Representative Action Settlement is reasonably calculated to adequately apprise Class Members of: (i) the pending lawsuit; (ii) the terms of the proposed Settlement Agreement; and (iii) their rights, including the right to either participate in the settlement, exclude themselves from the settlement, or object to the settlement. Plaintiff's proposed plan for class notice and settlement administration is practicable under the circumstances and complies with the Federal Rules of Civil Procedure and

the requirements of due process, and the Notice of Class Settlement complies with the Federal Rules of Civil Procedure and the requirements of due process and is appropriate as part of the proposed plan for notice to Class Members.

5. The Court finds on a preliminary basis that the provisions of the Settlement Agreement, filed with the Court as Exhibit "1" to the Declaration of Marcus Bradley, are fair, just, reasonable, and adequate and, therefore, meet the requirements for preliminary approval.

### Certification of Settlement Class for Settlement Purposes

6. The Court certifies, for settlement purposes only, the following class ("Class") described in the Motion for Preliminary Approval:

> All of Defendant's non-exempt current and former employees working or who worked in the State of California in Defendant's distribution center(s) from January 27, 2019 through the Effective Date.

7. The Court finds, for settlement purposes only, that the requirements of Federal Rule of Civil Procedure 23(a) and Federal Rule of Civil Procedure 23(b)(3) are satisfied.

8. The certification of the Class solely for purposes of settlement is appropriate in that: (1) the Class Members are so numerous that joinder of all Class Members is impracticable; (2) there are questions of law and fact common to the Class which predominate over any individual questions; (3) Plaintiff's claims are typical of the claims of the Class; (4) Plaintiff and his counsel have fairly and adequately represented and protected the interests of the Class; and (5) a class action, and class-wide resolution of the action through class settlement procedures is superior to other available methods for the fair and efficient adjudication of the controversy.

9. This Order, which conditionally certifies a class action for settlement purposes only, shall not be cited in this or any other matter for the purpose of seeking class certification, opposing decertification, or for any other purpose, other than enforcing the terms of the Joint Stipulation.

1       10.     The Court appoints for settlement purposes only, Nang Chan as the Class

2 Representative.

3       11.     The Court appoints for settlement purposes only, Marcus J. Bradley of

4 Bradley/Grombacher, LLP as Class Counsel for the purposes of settlement and the

5 releases and other obligations therein.

6               **Approval of Notice and Administration Plan**

7       12.     Simpluris, Inc. is appointed as Settlement Administrator.

8       13.     The Notice of Class and Representative Action Settlement, in the form

9 attached to the Settlement Agreement as Exhibit C, is approved.

10       14.     The Settlement Administrator is ordered to mail the Notice of Proposed

11 Class Settlement to the Class Members as provided in the Settlement Agreement.

12       15.     Each Class Member will have forty-five (45) days after the date on which

13 the Settlement Administrator mails the Notice of Class and Representative Action

14 Settlement to object to the settlement by informing the Settlement Administrator in

15 writing of his or her intent to object by following the procedure set forth in the Notice

16 of Proposed Class Action and Representative Settlement.

17       16.     Any Class Member who has submitted such written objections may, but

18 is not required to, appear himself or herself, or through counsel, at the Final Fairness

19 and Approval Hearing and object to the approval of the Agreement or the award of

20 attorneys' fees and reimbursement of expenses to Class Counsel. The Parties may file

21 any response to the objections submitted by objecting Class Members, if any, no later

22 than seven (7) days before the Final Fairness and Approval Hearing.

23       17.     Any Class Member who does not make his or her objection(s) in the

24 manner so provided herein and in the Notice of Class and Representative Action

25 Settlement will be deemed to have waived such objection(s) and will be foreclosed

26 from making any objection(s) to the fairness or adequacy of the proposed settlement

27 as incorporated in the Settlement Agreement and the award of attorneys' fees and

28

reimbursement of expenses to counsel and the right to appeal any orders that are entered relating thereto, unless otherwise ordered by the Court.

18.    Each Class Member who wishes to be excluded from the settlement shall sign and mail a written Request for Exclusion to the Settlement Administrator. The written Request for Exclusion must state the individual's (i) full name, current mailing address, signature, and last four digits of the Social Security number; (ii) the case name and number of the Action; and (iii) a statement that the Class Member seeks to be excluded from the Settlement Agreement which is the same or substantially similar to the following language: "I elect to opt-out of the *Chan v. Ulta Inc.* class action settlement. It must be sent and post-marked no later than forty-five (45) days after the mailing of the Notice of Class and Representative Action Settlement.

19.    If the Agreement is not finally approved by the Court or for any reason is terminated or the Final date of the settlement does not occur for any reason whatsoever, the Settlement Agreement and the proposed settlement that is the subject of this Order, and all evidence and proceedings had in connections therewith, shall be without prejudice to the *status quo ante* rights of the Parties to the litigation, as more specifically set forth in the Settlement Agreement.

20.    To facilitate administration of the settlement pending final approval, the Class Members shall not prosecute the Released Claims against Defendant or any of the other Released Parties unless and until the Class Member files a valid Exclusion Request.

### **No Admission of Liability by Defendant**

21.    This Order shall not constitute or be construed as a finding by the Court, or an admission on the part of Defendant or any of the other Released Parties, of any fault or omission with respect to any claim or that this action is appropriate for class treatment for litigation purposes. Entry of this Order is without prejudice to the rights of Defendant or any of the other Released Parties to oppose class certification in this action, should the proposed Joint Stipulation not be granted final approval.

### **Leave to File First Amended Class Action Complaint**

22.    Plaintiff is **GRANTED** leave to file the First Amended Class Action Complaint, attached as Exhibit A to the Settlement Agreement, **within 7 days of this Order**.

### **Final Approval Hearing**

23.    The Motion for Final Approval of Class Action Settlement is due on or before **September 27, 2024**.

24.    The "Final Fairness and Approval Hearing" will be held on **October 25, 2024, at 10:00 a.m.** in Courtroom 7B of the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California 90012. At the hearing, the Court will determine: (a) whether the proposed settlement of the Action on the terms and conditions provided for in the Settlement Agreement is fair, just, reasonable and adequate and should be finally approved; (b) whether judgment as provided in the Settlement Agreement should be entered herein; and (c) whether to approve Class Counsel's application for an award of attorneys' fees and costs, Plaintiff's application for an Enhancement Payment, and Plaintiff's request for payment of expenses to the Settlement Administrator. The Court may continue or vacate the Final Fairness and Approval Hearing without further notice to members of the Class, and retains jurisdiction to consider all further applications arising out of or connected with the settlement. The Court may approve the settlement, with such modifications as may be agreed to by the parties to the settlement, if appropriate, without further notice to the Class.

**IT IS SO ORDERED.**

Dated: May 29, 2024

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE