UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 23-00650-AB (PLAx) | Date: | November 15, 2024 |
| Title: | Nang Chan v. Ulta Inc. | | |

Present: The Honorable  **ANDRÉ BIROTTE JR., United States District Judge**

| Daniel Tamayo | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Marcus Bradley | Kerri Sakaue |

**Proceedings:** NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES, AND CLASS REPRESENTATIVE INCENTIVE AWARDS [37]

MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTION OF NOTICE UNDER FED. R. CIV. P. 23€ [38]

Case is called. For the reasons stated on the record, the Court orders the Motions [37] and [38] GRANTED. Order to be issued.